IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -6 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02832-PAB-BNB

ROBERT LANDON,

    Plaintiff,

v.

RICK LeLONDE, Senior Case Manager, C.M.R.C., In his Official and Individual Capacity,
JAMES JOHNSON, Case Manager C.M.R.C., In his Official and Individual Capacity, and
JOE SANDERS, Case Manager C.M.R.C., In his Official and Individual Capacity,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED February 5, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02832-PAB-BNB

Robert Landon
Prisoner No. 85727
CMRC - 3-B-10-F
2925 E. Las Vegas
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Rick LeLonde, James Johnson, and Joe Sanders

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Rick LeLonde, James Johnson, and Joe Sanders: AMENDED COMPLAINT FILED 1/22/09, ORDER FILED 2/5/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/6/09.

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                          Deputy Clerk