**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No. 08-cv-02832-PAB-BNB

ROBERT LANDON,

     Plaintiff,

v.

RICK LeLONDE, Senior Case Manager, C.M.R.C., in his official and individual capacity,
JAMES JOHNSON, Case Manager C.M.R.C., in his official and individual capacity, and
JOE SANDERS, Case Manager C.M.R.C., in his official and individual capacity,

     Defendants.

_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Boyd N. Boland filed on August 7, 2009 [Docket No. 36], wherein the magistrate judge recommends that the Court dismiss this action due to plaintiff's persistent failure to "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account" required by 28 U.S.C. § 1915(b)(2). The Recommendation states that objections to the Recommendation must be filed within ten days after its service on the parties. *See also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on August 10, 2009. No party has formally objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, I have reviewed the Recommendation to satisfy myself that there is "no clear error on the face of the record."[1]  *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, I have concluded that the Recommendation is a correct application of the facts and the law.

On August 13, 2009, plaintiff filed a document addressed to the magistrate judge apologizing for not sending the "required 20%" and stating that he has "tried to get Money Orders." [Docket No. 39]  The filing also states that "it would be better if the courts would request this from the accounts department of DOC."  This filing does not purport to be an objection to the Recommendation or a response to the magistrate judge's May 21, 2009 Order to Show Cause [Docket No. 24]. Moreover, even if the Court construed it as an objection to the Recommendation, the objection would be overruled on de novo review.  The magistrate judge's Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of an Initial Partial Filing Fee [Docket No. 6] is clear: "[I]f Plaintiff fails to have the appropriate monthly payment sent to the Clerk of the Court each month . . ., the Complaint may be dismissed without further notice."  In addition, Magistrate Judge Boland issued an Order to Show Cause based on plaintiff's failure to make monthly payments that warned plaintiff that unless he makes such payments on the 15th day of each month or shows cause why he is not

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).

required to pursuant to 28 U.S.C. § 1915(b)(2), the case will be dismissed.  *See* Docket No. 24 at 3.  Plaintiff has failed to comply with these orders.  Moreover, Mr. Landon has money in his account, *see* Docket No. 39 at 2, and, despite his suggestion of confusion over the process, hundreds of inmates make their monthly payments on a regular basis.

Accordingly, it is

**ORDERED** as follows:

1.  The Recommendation of United States Magistrate Judge [Docket No. 36] is ACCEPTED.

2.  Plaintiff's Complaint [Docket No. 8] is dismissed with prejudice, and this civil action is closed.

3.  All other pending motions are DENIED as moot.


DATED September 4, 2009.

                                   BY THE COURT:

                                   s/Philip A. Brimmer
                                   PHILIP A. BRIMMER
                                   United States District Judge